IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LOANNE K. NEMETH,

    Plaintiff,

v.

THE ANDERSEN CORPORATION
WELFARE PLAN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-795-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that summary judgment is granted in favor of plaintiff Loanne K. Nemeth and this case is remanded to the defendant The Andersen Corporation Welfare Plan and its administrator for a proper determination of benefits. Attorney fees and costs are granted to plaintiff pursuant to 29 U.S.C. § 1132(g)(1) in the total amount of $35,548.93.

_____
Peter Oppeneer, Clerk of Court

SEP 28 2012
_____
Date